# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LYN KAPLAN, | Case No. CV 10-6849-JVS (JEM) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| WESLEY LEE, et al., | |
| Defendants. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action be dismissed without prejudice.

DATED: February 25, 2011

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE